**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN DELLO SANTOS and**
**ANTONIO DELLO SANTOS**

**v.** **C.A. No. 04-269 S**
**C.A. No. 04-318 S**

**CORNELL CORRECTIONS, INC.**

**ORDER**

This matter is currently before the Court on the motion of the defendants to extend the time for discovery under the pretrial order. After consideration of the motion, said motion is **granted**. The following are the new deadlines:

1. Fact discovery shall close on September 1, 2005;

2. Dispositive motions shall be filed on or before November 1, 2005; and

3. Pre-trial Memoranda shall be filed on or before November 15, 2005.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 7, 2005