IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 5/19/05

FILED
MAY 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN DELLOSANTOS and ANTONIO DELLOSANTOS, | ) | |
| Plaintiff | ) | Civil No. 04-269S (Lead Case) Consolidated with No. 04318S |
| v. | ) | |
| CORNELL CORRECTIONS, INC. | ) | |
| Defendant | ) | |

ORDER
GRANTED
Jacob Hagopian
U.S. Magistrate Judge
16 June 2005

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO DISCLOSE/PROVIDE DISCOVERY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

AND NOW COMES ANTONIO DELLOSANTOS (Hereinafter "Plaintiff Antonio"), proceeding pro se, and pursuant to Fed.R.Civ.P. 26, respectfully requests that this Honorable Court enter an order compelling Cornell Corrections, Inc. (Defendant), to provide a copy of their agreement with the government to house their federal inmates. In support therefore Plaintiff Antonio states the following:

1) On April 14, 2005, this Honorable Court issued a Pretrial Order setting May 16, 2005, as the deadline for conducting factual discovery.
2) On April 4, 2005, Plaintiff Antonio contacted Defendant and requested a copy of their contract with the government, including any liability provisions, to house their federal inmates.
3) In this Civil action, Defendant claims that they have "no responsibility and/or liability for