UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Cornell Corrections of Rhode Island, Inc. (hereinafter "Cornell of RI") and Cornell Companies, Inc. (hereinafter "Cornell Companies"), wrongfully designated in Plaintiff's Complaint as "Cornell Corrections, Inc.," hereby move pursuant to Fed. R. Civ. P. 37(d) and 41(b) for dismissal of all of Plaintiffs' claims against them. As grounds, Cornell of RI and Cornell Companies rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc.'s motion should be granted, and this Court should dismiss the Plaintiffs' complaint.

Respectfully Submitted,
Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.,
By their attorneys,

Dennis T. Grieco, II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

**CERTIFICATION**

Juan Dellosantos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio Dellosantos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the 1st day of November, 2005, I mailed a true copy of the within to the above-named individuals, as above.

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**MEMORANDUM OF CORNELL CORRECTIONS OF RHODE ISLAND, INC. AND CORNELL COMPANIES, INC. (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Cornell Corrections of Rhode Island, Inc. ("Cornell of RI") and Cornell Companies, Inc. ("Cornell Companies") (collectively "the Cornell corporations") hereby move pursuant to Federal Rules of Civil Procedure 37(d) and 41(b) for dismissal of all of Plaintiffs' claims against them.

Rule 37(d) of the Federal Rules of Civil Procedure provides that "[i]f a party . . . fails . . . to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories, or to serve a written response to a request for inspection submitted under Rule 34, after proper service of the request, the court in which the action is pending on motion may make such orders in regard to the failure as are just," and among others it may dismiss the action or proceeding or any part thereof. Fed.R.Civ.P. 37(d) and (b)(2)(C). Furthermore, Rule 41(b) provides that "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant." Fed.R.Civ.P. 41(b).

In this case, the Cornell corporations propounded Interrogatories and Requests for Production of Documents upon the Plaintiffs on or about April 29, 2005. To date, however, the Plaintiffs have failed to fully respond. Neither Plaintiff has responded to the Cornell corporations' Requests for Production of Documents, and Plaintiff Juan Dellosantos has failed to provide Answers to Interrogatories.

Plaintiff Juan Dellosantos filed with the court a letter representing that he had already provided Answers to Interrogatories; however, the documents that he provided in support of this assertion indicate that they were sent by Mr. Dellosantos to his own attorney in a state court action. (See exhibits attached to Plaintiff's Timely Summary Answers to Defendant Attorney's Interrogatories Propounded Questions as Judicially Needed for This Case Proceeds, attached hereto as **Exhibit A**.) These documents constitute a release authorizing the law firm of Olenn & Penza, LLP to obtain Mr. Dellosantos' medical records, and a letter addressed to Kevin M. Daley, Esq. at Olenn & Penza, purporting to provide information responsive to interrogatories propounded in the state court case. Id. These documents do not comply with the requirements of Federal Rule of Civil Procedure 33. Therefore, Plaintiff Juan Dellosantos has failed to provide Answers to Interrogatories or to otherwise object.

Pursuant to an order entered by this court, fact discovery in this case closed on September 1, 2005. The Cornell corporations are prejudiced by the Plaintiffs' failure to provide discovery responses, as they cannot adequately prepare a defense to this action without the information and documents requested from the Plaintiffs. For example, the Plaintiffs allege "physical, mental and emotional injuries to the present day" resulting from the actions of Wyatt Facility personnel, (Complaint at attachment titled The Plaintiff's Supplementary Brief to the Complaint for Damages Caused by Carbon-Monoxide (CO) Gases Exposure Incident Since August 7th & 8th,

2001 at Wyatt Detention Facility, RI 02863 ¶ ii), and yet the Plaintiffs have provided no medical records documenting such injuries. Since the Plaintiffs have failed to provide information to the Cornell corporations that is necessary to preparing their defense to this action, the Plaintiffs' complaint should be dismissed.

## CONCLUSION

For all of the above stated reasons, the Plaintiffs' complaint should be dismissed.

Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.,
By their attorneys,

Dennis T. Grieco, II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

## CERTIFICATION

Juan De Los Santos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio De Los Santos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the 1st day of November, 2005, I mailed a true copy of the within to the above-named individuals, as above.

RECEIVED MAY 1 3 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE-ISLAND.**

| | |
|---|---|
| JUAN DELLOSANTOS | : |
| plaintiff | : Docket # 04-269S ( Carbon Monoxide Case ) |
| | : Consolidated With # 04-318S. |
| vs | : Hon. Jacob Hagopian. |
| CORNELL COORECTIONS, INC | : |
| Wyatt Detention facility | : |
| Central Falls, RI. 02863 | : |
| Defendant | : |

**PLAINTIFF'S TIMELY SUMMARY ANSWERS TO DEFENDANT ATTORNEY'S INTERROGATORIES PROPOUNDED QUESTIONS AS JUDICIALLY NEEDED. FOR THIS CASE PROCEEDS.**

TO THE HONORABLE **JACOB HAGOPIAN,** JUDGE OF THE SAID COURT:

Now Comes, Plaintiff **JUAN DELLOSANTOS,** pro-se , herein forthwith enclosed the copy of the defendant's attorney interrogatories propounded questions submitted April 29, 2005 to this court; as plaintiff has already answered such questions in full to the same **Gidley, Sarli and marusak LLP, of One turks Head pllace, 900, Providence, RI. 02903 ( 401-274-6644)as of date: JANUARY 11, 2005 along with the Plaintiff's signed HIPAA Complaint Authorization To Release Medical Records;** all herein enclosed and labelled as **attachment (A)** : Henceforth,at the time , the same law firms is representing the same civil action pursue at The State Level Of: State Of Rhode-Island Superior Court, Providence, SC., Docket # 04-4184. (herein labelled as **ATTACHMENT (B) & (C).** and also sent to The LAW FIRMS OF **OLENN & PENZA LLP., Of: 530 Greenwich Avenue, Warwick, RI. 02886 ( Tel: 401-737-3700)** copy sent on state level pursue defense.

EXHIBIT A

In lieu of the above, all the defendant's counsel interrogatories propounded questions has been articulately answered to the best of plaintiff's knowledge, please See: **ATTACHMENT A.**

WHEREFORE, PLAINTIFF PROMPTLY NOTIFY THIS COURT THAT HE HAS ANSWERED ALL THE DEFENDANT'S INTERROGATORIES PROPOUNDED QUESTIONS AS WELL SET FORTH IN ATTACHMENT A.

Dated: May 5, 2005

Respectfully Submitted

Juan De los Santos

Juan Dellosantos, pro-se
#16686-265
FCI-LORETTO,
P.O.BOX. 1000,
LORETTO, PA. 15940

encls: ATTACHMENTS: A
B.
C.

**HIPAA COMPLIANT AUTHORIZATION**
**TO RELEASE MEDICAL RECORDS**

I hereby authorize and direct any physician, hospital, medical attendant, or others to furnish my attorneys, the law firm of OLENN & PENZA, LLP, any information which may have been acquired in the course of any treatment rendered to me.

The purpose for the release of such information is to provide said attorneys with that information necessary to settle or litigate any/all legal claims resulting from any injury sustained on or about August 8, 2001.

I understand that I have the right to require any additional consent and authorization before said attorneys further transfer this information. I now give this consent and authorization. The information released may be transferred to whomever said attorneys deem necessary to effect settlement or litigation of any claim. This authorization expires one year from the date hereof.

I understand that I may withdraw my authorization at any future time.

I understand the protected health information used or disclosed pursuant to this authorization may be subject to re-disclosure and may no longer be protected under federal privacy regulations.

You are further requested to disclose no information to any insurance adjuster or other persons without written authority from me to so do (pursuant to privilege and confidential communications statutes). All prior authorizations are hereby canceled.

Juan De los Santos

DATED: 1/11/05

Cert # 7099 3400 0008 4137 0973.

1/11/05

JANUARY 11, 2005.

From: JUAN DE LOS SANTOS 16686-265
FCI - Loretto, P.O. Box 1000,
LORETTO, PA 15940.

To: KEVIN M. DALEY, ESQ.
OLENN $ PENZA,
ATTORNEYS AT LAW - LLP.
530 Greenwich Ave, Warwick,
RI. 02886.

Re: JUAN DELOSSANTOS, et al v. Cornell Companies, Inc. et al.
YOUR FILE # 8511.
RI STATE Superior Court # 04-4184.

— INTERROGATORIES ANSWER —

1. MY Full NAME is: DELLOSANTOS, JUAN.
Date of Birth: NOVEMBER 10, 1967.
Marital Status: MARRIED.
Home Address: 75 GATES STREET, APT #1,
WORCESTER, MA 01610.

O&P

OLENN & PENZA

ATTORNEYS AT LAW - LLP

January 4, 2005

FCI Loretto
Juan De Los Santos
Inmate #16686-265
P. O. Box 1000
Loretto, PA 15940

RE: Roberto Rodriguez, et al v. Cornell Companies, Inc. et al
Our File No.: 8511

Dear Mr. De Los Santos:

Enclosed you will find a list of interrogatory questions. These questions have been prepared by the defendants in our lawsuit in order to determine the facts in the case. Please read each question carefully and **write the answers on a separate piece of paper. Answer each part of each question to the best of your knowledge.**

Also, enclosed are the defendants' requests for documents. You may have given this office some information in records already. I still want you to answer each question to the best of your knowledge.

Please return your written answers to me. I will supplement them if needed, then return the final answers to you for signature before a notary public. These requested interrogatories and documents are due to be filed in the court by January 28, 2005.

Finally, I ask you to sign the update HIPAA medical authorization so that we can obtain your medical records.

Please return the enclosed as soon as possible.

Very truly yours,

Kevin M. Daley
*kmd@olenn-penza.com*

KMD:cml letters\8511jdls
Enclosures