UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) MOTION FOR SUMMARY JUDGMENT**

Cornell Corrections of Rhode Island, Inc. (hereinafter "Cornell of RI") and Cornell Companies, Inc. (hereinafter "Cornell Companies"), wrongfully designated in Plaintiff's Complaint as "Cornell Corrections, Inc.," hereby move pursuant to Fed. R. Civ. P. 56(c) for entry of summary judgment on all of Plaintiff's dismissing claims. As grounds, Cornell of RI and Cornell Companies rely upon and incorporate by reference the memorandum of law to be filed, upon this Court's ruling on their motion for leave to exceed the page limitations imposed by Amended General Order No. 2002-01.

**WHEREFORE**, Cornell Corrections of Rhode Island, Inc. and Cornell Companies,

Inc.'s motion should be granted, and this Court should enter summary judgment in their favor.

Respectfully Submitted,
Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.,
By their attorneys,

Dennis T. Grieco, II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

## CERTIFICATION

Juan Dellosantos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio Dellosantos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the 1st day of November, 2005, I mailed a true copy of the within to the above-named individuals, as above.