FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

VS.

No.: 04-269S (Lead Case)

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATIONS IMPOSED BY AMENDED GENERAL ORDER NO. 2002-01**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc. hereby move this Honorable Court for leave to file a memorandum of law in excess of the page limitations imposed by Amended General Order No. 2002-01. Defendants rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, Defendants' motion should be granted.

Cornell Corrections of Rhode Island, Inc.
and Cornell Companies, Inc.
By their Attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 11/1/05

ORDER
Granted
[illegible]
U.S. Magistrate Judge
Nov 2, 2005