UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**DEFENDANT, CORNELL CORRECTIONS OF RHODE ISLAND, INC'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) DISCLOSURE OF CONTRACT**

Defendant, Cornell Corrections of Rhode Island, Inc. (wrongfully designated as Cornell Corrections, Inc.) provides Plaintiffs, Antonio Dellosantos and Juan Dellosantos, copies of its agreement with the Central Falls Detention Facility Corp. to operate the Donald W. Wyatt Detention Facility. Said contract, with financial information redacted, is attached hereto as Exhibit A. Neither Cornell Corrections of Rhode Island, Inc. nor Cornell Companies, Inc. had any other contracts with any other governmental entity with respect to the operation and housing of detainees at the Donald W. Wyatt Detention facility for the time period relevant to the Plaintiffs' claims.

Cornell Corrections of Rhode Island, Inc.
By their attorneys,

Dennis T. Grieco II #5057
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

32

**CERTIFICATE OF SERVICE**

Antonio De Los Santos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

Juan De Los Santos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

I hereby certify that on the 31st day of January, 2006, I mailed a true copy of the within to the above-named individuals, as above.

Alice Carpenter