UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

VS.

No.: 04-269S (Lead Case)

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc. (collectively "Cornell") hereby move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time to file a reply memorandum in support of their motion for summary judgment in the above-captioned matter. As grounds therefor, Cornell states that Plaintiff filed an untimely memorandum in opposition to Cornell's motion for summary judgment, titled "Plaintiffs' Response to Defendant's Motion for Summary Judgment," raising new issues that required further investigation. Cornell believes that its reply memorandum will aid this Court in addressing these issues, and it is being filed contemporaneously with this Motion.

**WHEREFORE**, Cornell's motion should be granted.

U.S.M.J. Hagopian
2/1/06

ORDER
GRANTED
Jacob Hagopian
U.S. Magistrate Judge
7 Feb 06

Cornell Corrections of Rhode Island, Inc.
and Cornell Companies, Inc.
By their Attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

**CERTIFICATION**

Juan De Los Santos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio De Los Santos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the 31st day of January, 2006, I mailed a true copy of the within to the above-named individuals, as above.