UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUAN DELLOSANTOS and<br>ANTONIO DELLOSANTOS<br><br>v.<br><br>CORNELL CORRECTIONS, INC. | )<br>)<br>)<br>)<br>)    C.A. No. 04-269S<br>)<br>)<br>)<br>) |

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on April 12, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss is DENIED.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 4/27/06