UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS

v.                                        C.A. No. 04-269S

CORNELL CORRECTIONS, INC.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on April 12, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/27/06