UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Antonio DelLosSantos,

Petitioner,

v. Case No. 04-269S

Cornell Corrections, Inc.,

Respondent. /

MOTION FOR APPOINTMENT OF COUNSEL

Comes now petitioner, Antonio DelLosSantos, pro se, and respectfully submits the instant Motion for Appointment of Counsel, and in support of said motion would state as follows:

Petitioner is a federal inmate, totally unversed in law. The instant case involves legal matters that are beyond petitioner's ability to litigate in a meaningful way.

Accordingly, petitioner would ask this Honorable Court, in the interests of justice, to appoint counsel to assist petitioner in this cause.

WHEREFORE, based upon the above, petitioner respectfully asks that this Honorable Court GRANT the instant motion and APPOINT counsel.

Respectfully submitted,

Antonio De Los Santos

Antonio DelLosSantos, pro se

## CERTIFICATE OF SERVICE

I hereby declare that a true and correct copy of the foregoing MOTION FOR APPOINTMENT OF COUNSEL was sent, via U.S. Mail, by deposit in the institution's Legal Mail Box, on this 7 day of May, 2006, to:

Gidley, Sarli & Marusak, LLP
Attorneys at Law
One Turks Head Place, Suite 900
Providence, RI 02903

Antonio De los Santos
Antonio DelLosSantos, pro se