UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**MEMORANDUM OF LAW IN SUPPORT OF CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS REPONSE TO THE COURT'S REPORT AND RECOMMENDATION OF JULY 24, 2006 IN EXCESS OF PAGE LIMITATIONS IMPOSED BY APPENDIX A OF THE DECEMBER 14, 2005 SCHEDULING ORDER**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc., (collectively "the Cornell corporations"), respectfully submit this memorandum of law in support of their motion for leave to file a memorandum in support of their response to the Court's Report and Recommendation of July 24, 2006, in excess of the page limitations imposed by Appendix A of the December 14, 2005 Scheduling Order. The Cornell corporations have prepared a memorandum in support of their response to the Court's Report and Recommendation of July 24, 2006 in the above-entitled case, which addresses several constitutional issues and is approximately twenty-seven (27) pages in length. The Cornell corporations seek leave to exceed the page limitations imposed in the Appendix A of the December 14, 2005 Scheduling Order due to the complexity of the constitutional issues to be addressed. In order to effectively and intelligently address these issues, the Cornell corporations will need to exceed the page limitations imposed by Appendix A. This will also conserve judicial

resources by saving the Court from having to research these issues without the benefit of the Cornell corporations' research and analysis.

Furthermore, the Cornell corporations seek to attach exhibits to their memorandum in support of their response to the Court's Report and Recommendation of July 24, 2006, in excess of the page limitations imposed by Appendix A of the December 14, 2005 Scheduling Order. The analysis of the constitutional issues contained in the supporting memorandum relies for its support upon an analysis of a decision by the First Circuit Court of Appeals, which necessitates reference to the appellate briefs filed in that case. However, these two documents alone comprise thirty-nine (39) pages. As support for other arguments contained in the supporting memorandum, the Cornell corporations seek also to attach as exhibits an additional six (6) pages, which would fall well within the amount allowed pursuant to Appendix A. Allowing the Cornell corporations to attach the appellate briefs in the First Circuit case, however, would conserve judicial resources by saving the court from having to search through the records of another court outside of its jurisdiction.

Therefore, the Cornell corporations respectfully request that they be allowed to file a memorandum in support of their response to the Court's Report and Recommendation of July 24, 2006, in excess of the page limitations imposed by Appendix A of the December 14, 2005 Scheduling Order.

Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.
By their Attorneys,

Sheri L. Montecalvo #7073 for
Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

**CERTIFICATION**

Juan De Los Santos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio De Los Santos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the ___ day of _______________, 2005, I mailed a true copy of the within to the above-named individuals, as above.

______________________________