UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**RESPONSE OF CORNELL CORRECTIONS OF RHODE ISLAND, INC. AND CORNELL COMPANIES, INC. (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) TO THE COURT'S REPORT AND RECOMMENDATION OF JULY 24, 2006**

Cornell Corrections of Rhode Island, Inc. (hereinafter "Cornell of RI") and Cornell Companies, Inc. (hereinafter "Cornell Companies"), wrongfully designated in Plaintiff's Complaint as "Cornell Corrections, Inc.," pursuant to Fed. R. Civ. P. 72(b), LR 72(d) and 28 U.S.C §636 (b) (1) (B), respond to the Report and Recommendation rendered on July 24, 2006, by Senior Magistrate Judge Jacob Hagopian on Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc. motion for summary judgment pursuant to Fed. R. Civ. P. 56(c). As grounds, Cornell of RI and Cornell Companies rely upon and incorporate by reference the memorandum of law to be filed, upon this Court's ruling on their motion for leave to exceed the page limitations imposed by Appendix A to the December 14, 2005 Scheduling Order.

**WHEREFORE**, Cornell Corrections of Rhode Island, Inc. and Cornell Companies,

Inc.'s motion should be granted on all grounds with prejudice, and this Court should enter summary judgment in their favor.

Respectfully Submitted,
Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.,
By their attorneys,

Sheri L. Montecalvo #7073 for

Dennis T. Grieco, II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

**CERTIFICATION**

Juan Dellosantos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio Dellosantos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the ___ day of _____________, 2005, I mailed a true copy of the within to the above-named individuals, as above.

_____________________________