Case 1:04-cv-00269-S Document 41-1 Filed 08/02/2006 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

No.: 04-269S (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S AND CORNELL COMPANIES, INC.'S (WRONGFULLY DESIGNATED AS CORNELL CORRECTIONS, INC.) MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF ITS REPONSE TO THE COURT'S REPORT AND RECOMMENDATION OF JULY 24, 2006 IN EXCESS OF PAGE LIMITATIONS IMPOSED BY APPENDIX A OF THE DECEMBER 14, 2005 SCHEDULING ORDER**

Cornell Corrections of Rhode Island, Inc. and Cornell Companies, Inc. hereby move this Honorable Court for leave to file a memorandum of law in excess of the page limitations imposed by Appendix A of the December 14, 2005 Scheduling Order. Defendants rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, Defendants' motion should be granted.

Granted
WMS
USDJ
8/8/06

Cornell Corrections of Rhode Island, Inc. and
Cornell Companies, Inc.
By their Attorneys,

Sheri L. Montecalvo #7073 for

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - (401) 331-9304 (FAX)

**CERTIFICATION**

Juan De Los Santos, *Pro se*
Fed. Reg. No. 16686-265
FCI – Loretto
P.O. Box 1000
Loretto, PA 16686

Antonio De Los Santos, *Pro se*
Fed. Reg. No. 58734-053
FCI – McKean
P.O. Box 8000
Bradford, PA 16701

I hereby certify that on the ___ day of _______________, 2005, I mailed a true copy of the within to the above-named individuals, as above.

_________________________________