UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan Dellosantos and
Antonio Dellosantos

v. C.A. No. 04-269S

Cornell Corrections Inc.,
aka: Wyatt Detention Facility

Objection to Magistrate's Report and Recommendation

Jacob Hagopian, Senior United States Magistrate Judge

Plaintiffs Juan Dellosantos and Antonio Dellosantos, pro se, hereby files this objection to the Magistrate Judge's Report and Recommendation dated July 24, 2006.

Plaintiffs bring this objection to the court's attention pursuant to the provisions provided for in Fed. R. Civ. P. 4(m), Time Limit for Service. Plaintiffs request that the court exercises its discretion to grant an extension of time for good cause shown by the plaintiffs. Plaintiffs respectfully explains that they are novices in the realm of United States law and being of a foreign origin are not astute in the rules concerning the filing of a civil complaint.

Plaintiff's request that counsel be appointed pursuant to this official in forma pauperis status request at this time. Plaintiff's are cognizant that certain other documents must be provided and reviewed by the Court in order for a determination as to the granting or denial of pauper status. Plaintiffs need additional time to get the necessary documents from the staff here at the Federal Correctional Institution-McKean. Notwithstanding this obstacle, plaintiffs also request that the Court exercises its discretion and instructs that the United States Marshal or deputy United States Marshal. This request can be deemed an amended proof of

service extension request based on the recommendation of the Magistrate in the Report and Recommendation dated July 24, 2006 and received by the plaintiffs on August 4, 2006.

Plaintiffs disagree with the the motion of the defendant "Cornell Corrections of Rhode Island, Inc. ("Cornell RI"), and Cornell Companies, Inc. ("Cornell TX"), for summary judgment pursuant to Fed. R. Civ. P. 56(c). Plaintiffs further aver that due to their limited knowledge of the United States regulations, in particular Fed. R. Civ. Procedure Rule 4, plaintiffs request that this Court reconsider the recommendation for summary judgment in favor of Cornell RI and Cornell TX for insufficiency of process and an insufficiency of service of process.

Plaintiffs admit that based on their expanded understanding of the provisions of Rule 4 that there were options available to them that were not previously known to them as to the service of process via utilization of the United States Marshal's Service and that a request could have been made for pauperis status.

Therefore, pursuant to Fed. R. Civ. P.72(b); LR Cv 72(d)., plaintiffs preserve their right to a review of this decision by the district court and the right to appeal the district court's decision.

Respectfully submitted,

Antonio Dellosantos
Juan Dellosantos