AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UAN DELLOSANTOS and
NTONIO DELLOSANTOS

V.

ORNELL CORRECTIONS, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 04-269S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, CORNELL CORRECTIONS, INC., AGAINST PLAINTIFFS, JUAN DELLOSANTOS and ANTONIO DELLOSANTOS.**

ugust 30, 2006
ate

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk