UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN DELLOSANTOS and
ANTONIO DELLOSANTOS,

NO.: 04-2695 (Lead Case)

VS.

Consolidated with No. 04-318S

CORNELL CORRECTIONS, INC.

**RESPONSE OF PLAINTIFFS TO CORNELL CORRECTIONS OF RHODE ISLAND, INC., AND CORNELL COMPANIES RESPONSE TO THE COURT'S REPORT AND RECOMMENDATION OF JULY 24, 2006.**

**Juan Dellosantos and Antonio Dellosantos** (herinafter called "plaintiffs"), pursuant to Fed. R. Civ. P. 72(b), LR72(d) and U.S.C. §636(b)(1)(B), respond to Cornell Corrections of Rhode Island, Inc., and Cornell Companies (hereinafter called "defendants") response to the Report and Recommendation rendered on July 24, 2006, by Senior Magistrage Judge Jacob Hagopian on the defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56(c). As grounds, plaintiffs have stated a cognizable claim against an entity upon which suit can be brought. As grounds, plaintiffs rely upon and incorporate by reference the memorandum of law to be filed, upon this Court's ruling on their motion for leave to extend the time by sixty days (or the maximum allowable amount of time).

WHEREFORE, Juan Dellosantos and Antonio Dellosantos motion should be granted on the remaining grounds with prejudice, and this Court should not enter summary judgment on all grounds in favor of Cornell Corrections of Rhode Island and Cornell Companies, Inc.

**CERTIFICATION**

I hereby certify that on this day of 31st August, 2006., a true copy of this motion was mailed to the below-named individuals.

Cornell Corrections of Rhode Island, Inc and
Cornell Companies, Inc.,
Through Their Attorneys,
Dennis T. Grieco, II. #5057
Gidley, Sarli, & Marusak, LLP.
One Turks Head Place, Suite 900
Providence, RI 02903

Respectfully Submitted,

Juan dela Santos
Juan Dellosantos

Antonio Delos Santos
Antonio Dellosantos