**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN DELLO SANTOS** and
**ANTONIO DELLO SANTOS**

**v.** **C.A. No. 04-269 S**

**CORNELL CORRECTIONS, INC.**

**ORDER**

On July 24, 2006, this Court issued an Report and Recommendation ("R&R"), recommending that the motion for summary judgement filed by Cornell Corrections be granted. Thereafter, both plaintiffs and defendants objected to the R&R. The District Court considered the objections, overruled them, and adopted the R&R on August 30, 2006, dismissing this action in its entirety. Judgement thereafter entered on that same date.

On September 6, 2006, plaintiffs filed a motion for an extension of time to respond to the defendants' objection to the R&R. Upon consideration of the motion, said motion is **denied**. The District Court has dismissed this action and this case is closed.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
September 19, 2006